### LUDGATE v. MILLER et al.
#### Civ. No. 8605.

United States District Court
E. D. Pennsylvania.
Sept. 20, 1948.

Felix & Felix, of Philadelphia, Pa., for plaintiff.

J. B. H. Carter, of Philadelphia, Pa., for defendant.

KIRKPATRICK, Chief Judge.

The plaintiff's objection is well taken, in view of the amendment to Federal Rules of Civil Procedure, rule 14(a), 28 U.S.C.A. The motion will be dismissed unless, within fifteen days, the defendant amends his third-party complaint by striking out the allegation of liability of Rose to the plaintiff and by stating whatever cause of action he, the defendant, may have against Rose.